1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ISMAEL OLIVERA-RUELAS

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:12-cr-00243 AWI-BAM
                                     )
12              Plaintiff,           )   ORDER FOR PSYCHIATRIC OR
                                     )   PSYCHOLOGICAL EXAMINATION
13       v.                          )   PURSUANT TO 18 U.S.C. §4241(b)
                                     )
14  ISMAEL OLIVERA-RUELAS,           )
                                     )   Judge: Hon. Barbara A. McAuliffe
15              Defendant.           )
                                     )
16  _____  )

17

18       In counsel's oral motion to the Court on April 8, 2013, counsel represented his concern that his

19  client lacks the present ability to consult with counsel in a meaningful way and that he is unable to assist

20  properly in his defense. The Court finds that once the Court is presented with representations which form

21  reasonable cause to believe the defendant lacks the mental fitness to proceed, whether by motion, by facts

22  coming before it, or through its own observations, the Court is mandated to order a psychiatric or

23  psychological exam. *See generally Chavez v. United States*, 656 F.2d 512, 516-18 (9th Cir.1981).

24       IT IS ORDERED that pursuant to 18 U.S.C. §4241(b), a psychiatric or psychological examination

25  of defendant Ismael Olivera-Ruelas be conducted and that a psychiatric or psychological report be filed

26  /////

27  /////

28  /////

1 | with the court pursuant to the provisions of 18 U.S.C. §4247(b) and (c). It is further ORDERED that
2 | defendant is committed to the custody of the Attorney General, and the United States Marshal's Service is
3 | directed to transfer defendant to a suitable facility for examination.
4 |     IT IS SO ORDERED.
5 |     Dated: __April 9, 2013__      __/s/ Barbara A. McAuliffe__
                                                           UNITED STATES MAGISTRATE JUDGE